# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ARTHUR,<br><br>Petitioner,<br><br>v.<br><br>BUREAU OF PRISONS, *et al.*,<br><br>Respondents. | NO. 3:17-CV-1123<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE SCHWAB) |

## **ORDER**

**NOW**, this 15th day of April, 2019, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 32) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISMISSED without prejudice** for lack of jurisdiction.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge