# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON ARTHUR, | |
| Petitioner, | NO. 3:17-CV-1123 |
| v. | (JUDGE CAPUTO) |
| BUREAU OF PRISONS, *et al.*, | |
| Respondents. | (MAGISTRATE JUDGE SCHWAB) |

## **ORDER**

**NOW**, this 3rd day of June, 2019, **IT IS HEREBY ORDERED** that the Motion to Alter or Amend Judgment (Doc. 39) filed by Petitioner Jason Arthur is **DENIED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge